# Court of Appeals
# of the State of Georgia

ATLANTA,  August 28, 2012

*The Court of Appeals hereby passes the following order:*

**A12D0489.  WALLACE WILKERSON v. THE STATE.**

Wallace Wilkerson filed this pro se application for discretionary appeal from an order denying his motion to vacate his sentence as void. Wilkerson, however, has already challenged his conviction by direct appeal, and his conviction and sentence were affirmed in an unpublished opinion in *Wilkerson v. State*, (Case No. A11A0236, decided July 1, 2011).

Even though a void sentence may be attacked at any time, a sentence is void only when the trial court imposes a punishment that the law does not allow. *Jordan v. State*, 253 Ga. App. 510, 511 (1) (559 SE2d 528) (2002). The sentence imposed here does not fall outside the statutory range of permissible punishment. Although Wilkerson apparently titled his motion as a challenge to the validity of the sentence, he does not raise a valid void sentence claim. Instead, he attacks the sufficiency of the evidence and the legality of the search that led to his arrest. These arguments challenge his underlying conviction, and an appeal from an order denying or dismissing such a challenge is subject to dismissal. See *Williams v. State*, 287 Ga. 192 (695 SE2d 244) (2010); *Harper v. State*, 286 Ga. 216 n.1 (686 SE2d 786) (2009).

Because Wilkerson does not raise any issue that could not have been raised in his first appeal and because he does not raise any issue to suggest that the sentence is a legal nullity, this application is DISMISSED for lack of jurisdiction. See *Wright v. State*, 277 Ga. 810 (596 SE2d 587) (2004).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 08/28/2012
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*